**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CURVES INTERNATIONAL, INC., | ) | Case No.: C 12-2951-PSG |
| Plaintiff, | ) ) | **ORDER SETTING CONSENT DEADLINE** |
| v. | ) ) | |
| RACHNA & YOGESH, LLC DOING BUSINUESS AS RACHNA'S WELLNESS CENTER, ET AL., | ) ) ) ) ) | |
| Defendants. | ) | |

On July 17, 2012, Plaintiff Curves International, Inc. moved to dismiss Defendants and Counter-Claimant Rachna & Yogesh, LLC doing business as Rachna's Wellness Center's ("Rachna") counter-claims. This case has been assigned to the undersigned magistrate judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge. Therefore,

IT IS HEREBY ORDERED that no later than July 27, 2012, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

1

Case No.: C 12-02951 PSG
ORDER

1   www.cand.uscourts.gov.

2   **IT IS SO ORDERED.**

3   Dated:

PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 12-02951 PSG
ORDER

2